No. 73–407.   LAUCHLI *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 73–411.   BERMAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–414.   ANGGELIS *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 73–441.   HURD-DARBEE, INC. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 73–443.   LOCAL UNION No. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 2d Cir. Certiorari denied.

No. 73–444.   ANDRESEN *v.* BAR ASSOCIATION OF MONTGOMERY COUNTY.   Ct. App. Md.   Certiorari denied.

No. 73–445.   HAMILTON *v.* NEW JERSEY.   Super. Ct. N. J.   Certiorari denied.

No. 73–446.   SLEGERS-FORBES, INC., ET AL. *v.* NEW JERSEY HIGHWAY AUTHORITY ET AL.   Super. Ct. N. J. Certiorari denied.

No. 73–447.   CUTLER *v.* UNITES STATES.   Ct. Cl. Certiorari denied.

No. 73–448.   SLACK, AKA BUDSON *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 73–450.   GROTH *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.